*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN A. HAWN      Plaintiff      **NOTICE cancelling jury trial**

V.      CASE NO. 1:13CV36-GHD-DAS

BRYAN LINDSEY, *et al.*      Defendants

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**Place**
U. S. POST OFFICE & FEDERAL BLDG.
ABERDEEN, MS

**Room No.**
COURTROOM NO. 2

**Date and Time**
MONDAY, OCTOBER 6, 2014, 9:30 A.M.

---

**Type of Proceeding**
MVD/JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON
# CANCELLED
(to be reset at a later date)

---

DAVID CREWS, Clerk of Court

/s/ Raye Long
(BY) Raye Long - Courtroom Deputy

Date: January 29, 2014

By NEF To: Counsel of record

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**