### *UNITED STATES DISTRICT COURT*
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | | |
|---|---|---|
| JOHN A. HAWN | Plaintiff | **NOTICE cancelling jury trial** |
| V. | | CASE NO. 1:13CV36-GHD-DAS |
| CHRISTOPHER (C.G.) HUGHES, *et al.* | Defendants | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place**
U. S. POST OFFICE & FEDERAL BLDG.
ABERDEEN, MS

**Room No.**
COURTROOM NO. 2
**Date and Time**
MONDAY, OCTOBER 6, 2014, 9:30 A.M.

**Type of Proceeding**

**MVD/JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON**
## CANCELLED
**(to be reset at a later date)**

DAVID CREWS, Clerk of Court

_____/s/ Raye Long_____
(BY) Raye Long - Courtroom Deputy

Date: January 30, 2014

By NEF To:  Counsel of record

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**