IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN A. HAWN, BRYAN LINDSEY,
HEATHER SEAWRIGHT, RONNIE HORTON,
and MATILDA MOORE                                                        PLAINTIFFS

v.                                                CIVIL ACTION NO.: 1:13-cv-00036-GHD-DAS

CHRISTOPHER (C.G.) HUGHES and
MICHAEL BERTHAY, in their individual capacities                          DEFENDANTS

<u>ORDER DENYING
DEFENDANT MICHAEL BERTHAY'S MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant Michael Berthay's motion for summary judgment [85] is DENIED. Plaintiffs' claims against Defendants Christopher (C.G.) Hughes and Michael Berthay, in their individual capacities, remain viable, and Defendants Christopher (C.G.) Hughes and Michael Berthay remain parties in the action.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

It is SO ORDERED, this, the 8 day of September, 2014.

_____
SENIOR JUDGE