IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN A. HAWN, BRYAN LINDSEY,
HEATHER SEAWRIGHT, RONNIE HORTON
and MATILDA MOORE                                                                                                 PLAINTIFFS

V.                                                                CIVIL ACTION NO. 1:13-cv-36-GHD-DAS

CHRISTOPHER (C.G.) HUGHES, and
MICHAEL BERTHAY, in their individual capacities,
and the COMMISSIONER OF PUBLIC SAFETY
FOR THE STATE OF MISSISSIPPI, for declaratory
relief                                                                                                DEFENDANTS

## DECLARATION OF BRYAN LINDSEY

1. My name is Bryan Lindsey. I am over the age of twenty-one (21) and competent to give testimony in this matter. I am a Plaintiff in this action

2. On or about October 17, 2010, I arrived at a safety checkpoint manned by several officers of the Mississippi Highway Patrol, including Defendant Christopher Hughes, who was then a State Trooper with the Highway Patrol.

3. I was informed that I was being arrested. My hands were handcuffed behind my back. After I was handcuffed, I asked why I was being arrested and taken to jail. Defendant Christopher Hughes told me not to ask why I was being arrested or he would "do something" to me.

4. I again asked why I was being arrested. Defendant Christopher Hughes then beat me. Hughes rammed my head into a patrol car and threw me down onto the highway. Christopher Hughes severely beat me while my hands were handcuffed behind my back.

Exhibit "H"

5. The forced used against me by Defendant Christopher Hughes was completely unwarranted. I was not behaving in a disorderly or violent manner. I obeyed the commands of law enforcement officers. I did not pose a threat to the safety of any person or myself. I was not resisting arrest or attempting to flee.

6. There was no legitimate justification for Defendant Christopher Hughes' use of force against me. Christopher Hughes attack against me was unprovoked and unjustified.

7. I was physically injured as a result of Christopher Hughes' use of force against me. I sustained a front basilar skull fracture as a result of Hughes beating me. I suffered headaches, blurred vision, memory loss, lacerations and a permanent scar as a result of the excessive force used against me by Christopher Hughes.

8. I declare under penalty of perjury that the statements in this Declaration are true and correct.

**AND FURTHER DECLARANT SAYETH NOT.**

SWORN TO this the __18__ day of March, 2015.

_____
BRYAN LINDSEY